IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



NO.: 4:01CR00014-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | SATISFACTION OF JUDGMENT |
| v. ) | AND |
| ANGELA B. SMITH, ) | CERTIFICATE OF RELEASE OF LIEN |
| ) | |
| Defendant. ) | |

I hereby certify that the above-named defendant has satisfied the requirements of 18 U.S.C. § 3613(a)(1) with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien was filed is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition:

Place of Filing: Clerk Superior Court, Craven County Courthouse, P.O. Box 1187, New Bern, NC 28560

Date of Filing: March 15, 2002 @ 11:37 a.m.

Amount of Judgment: $4,624.95

Judgment Book: 02-M-203

Judgment Page: 888

This the 17th day of January, 2006.

FRANK D. WHITNEY
United States Attorney

By: _____
JOSHUA B. ROYSTER
Assistant United States Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4530